THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JAMES ARTHUR FAIRCLOTH,<br><br>                Plaintiff,<br><br>v.<br><br>DR. WILCOX et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:24-cv-00807-DBB<br><br>District Judge David Barlow |

      In this prisoner civil-rights action, Plaintiff was required to respond to Defendants' *Martinez* report by May 28, 2025, and summary-judgment motion by June 23, 2025. (ECF Nos. 9, at 6; 15; 19.) When Plaintiff did not comply, on July 3, 2025, the Court ordered him to within thirty days show cause why this action should not be dismissed for failure to prosecute. (ECF No. 23.) Plaintiff still has not been directly heard from since November 20, 2024[1]--more than eight months ago. (ECF No. 8.)

      **IT IS THUS ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to comply with court orders and for failure to prosecute. *See* DUCivR 41-2.

      DATED this 14th day of August, 2025.

                                      BY THE COURT:

                                      JUDGE DAVID BARLOW<br>                                      United States District Court

---

[1] The financial certificate received on December 2, 2024 was sent by Salt Lake County's inmate account office. (ECF No. 10.)